**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.: 4:20-cv-02669<br><br>Honorable Judge Nancy F. Atlas |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RADLEY BRADFORD, and Defendant, JPMORGAN CHASE BANK, N.A., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against JPMORGAN CHASE BANK, N.A.. The parties further stipulate to the dismissal of the putative class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: December 10, 2020

RADLEY BRADFORD

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

Respectfully Submitted,

JPMORGAN CHASE BANK, N.A.

*/s/ Brian C. Frontino (with consent)*
Brian C. Frontino
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
bfrontino@stroock.com
lacalendar@stroock.com